# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BEAVEX HOLDING CORPORATION, *et al.*[1] | Case No. 19-10316 (LSS) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of the Bankruptcy Estates of BeavEx Holding Corporation, *et al.* | |
| Plaintiff, | |
| v. | |
| FLEET ONE<br>DELTA AIRLINES INC.<br>ASSOCIATED PACKAGING INC. | Adversary No. 21-50115 (LSS)<br>Adversary No. 21-50108 (LSS)<br>Adversary No. 21-50104 (LSS) |
| Defendants. | |

## SECOND OMNIBUS ORDER, PURSUANT TO BANKRUPTCY RULE 9019(a), APPROVING SETTLEMENT AGREEMENTS

Upon the second omnibus motion (the "Motion") of the Chapter 7 Trustee, George L. Miller (the "Trustee"), by his counsel, Bielli & Klauder, LLC, for the entry of an order, pursuant to Bankruptcy Rule 9019, approving the settlement agreements referenced in the Motion proper and notice of the Motion having been provided to (i) the Office of the United States Trustee for the District of Delaware, (ii) the Preference Parties[2] and/or its counsel, and (iii) parties which have requested notice pursuant to Bankruptcy Rule 2002; and it appearing that no other or further notice is required; and after due notice and sufficient cause appearing therefore; it is hereby

---

1 The Debtors in these cases are: BeavEx Holding Corporation; BeavEx Acquisition, Inc.; BeavEx incorporated; JNJW Enterprises, Inc.; and USXP, LLC.
2 Capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that Motion is granted in all respects;

ORDERED, that the Settlement Agreements (as attached to the Motion) is hereby approved in all respects pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 9019;

ORDERED, that the Preference Parties in each of the matters settled hereby are directed to immediately pay the settlement amounts as provided in the Settlement Agreements, and to extent any of the Preference Parties have paid said settlement amounts to the Trustee to be held in escrow, the Trustee is hereby entitled to release said settlement payments;

ORDERED, that each of the parties to the aforementioned Settlement Agreements shall have all rights and privileges as set forth in the respective Settlement Agreement;

ORDERED, that the Trustee is authorized to take all such action necessary under the Settlement Agreements to effectuate the Settlement Agreements;

ORDERED, that this Order is final order within the meaning of 28 U.S.C. §§ 157 and 158 and is effective immediately upon entry.

**Dated: May 11th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**